THE PEOPLE OF THE STATE OF NEW YORK ex rel. THEODORE TURNIP-SEED, Appellant, v EUGENE LE FEVRE, as Superintendent of Green Haven Correctional Facility, Respondent.—In a habeas corpus proceeding, petitioner appeals from a judgment of the Supreme Court, Dutchess County, dated October 24, 1975, which dismissed the proceeding. Appeal dismissed as academic, without costs or disbursements. Petitioner is no longer in respon-

dent's custody. Martuscello, Acting P. J., Latham, Cohalan, Damiani and Hawkins, JJ., concur.